Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT BISHOP, III, et al.,<br><br>　　　　Defendants. | Case No.:  2:25-cv-01872-TLN-CKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO SERVE<br><br>Date:    January 8, 2026<br>Time:    2:00 p.m.<br>Court:   Courtroom 2, 15th Floor<br>Judge:   Hon. Troy L. Nunley |

THIS MATTER having come before the Court on the Notice of Motion and Motion for Extension to Serve Defendant Xaction Sports Gear Inc ("XAction") and the Court having considered the pleadings and been otherwise advised in the premises, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**, and it is further **ORDERED** that:

　　1.　Plaintiff shall serve Defendant XAction within twenty (20) days of the date of entry of this Order.

DATED: November 18, 2025

_____
Troy L. Nunley
Chief United States District Judge