1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

13

**G and G Closed Circuit Events, LLC,**

| | |
|---|---|
| | **Case No. 2:25-cv-01872-TLN-JDP** |

14

**Plaintiff,**

15

**ORDER GRANTING**
**PLAINTIFF'S APPLICATION FOR**
**AN ORDER EXTENDING TIME TO**
**COMPLETE SERVICE**

16

**v.**

17

**Robert Bishop, III, et al.,**

18

**Defendants.**

19
20

_____

21
22

## ORDER

23          The Court, upon review of Plaintiff's request and representations presented in the above-

24 entitled matter hereby orders the following:

25 ///

26

27 ///

28

Plaintiff is granted an additional forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Xaction Sports Gear, Inc., an unknown business entity d/b/a Stockton Live Coaches Lounge a/k/a Coach's Lounge a/k/a Coach's Lounge Sports Bar & Grill.

**IT IS SO ORDERED**:

DATED: December 9, 2025

Troy L. Nunley
Chief United States District Judge

///

///

///

///

///

///

///

///

///

///

CASE NO. 2:25-CV-01872-TLN-JDP
PAGE 2